# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : BKY. NO. 19-13472
JOAN STATES, a/k/a JOAN METZLER :
: CHAPTER 7

## PRAECIPE

TO THE CLERK:

    Please amend debtor's address as follows:

        1037 Durham Road
        Pineville, PA 18946


Dated: July 23, 2019        BY:/s/ Michael P. Kelly
        Michael P. Kelly, Esquire
        Suite 202 - Penn's Square
        402 Middletown Boulevard
        Langhorne, PA 19047
        (215) 741-1100
        fax (215) 741-4029
        email:   mpk@cowanandkelly.com