# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Joan States<br>        Debtor(s) | CHAPTER 7 |
| Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon FKA The Bank of New York as Trustee For the Certificate holders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2005-21, Mortgage Pass-Through Certificates, Series 2005-21<br>        Movant<br>  vs. | NO. 19-13472 JKF<br><br>11 U.S.C. Section 362 |
| Joan States<br>        Debtor(s) | |
| Robert H. Holber Esq.<br>        Trustee | |

## **ORDER**

AND NOW, this  31st  day of  July  , 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362, is modified with respect to the subject premises located at 2229 Gallows Hill Road, Kintnersville, PA 18930 ("Property), as to Movant, its successors or assignees.

                      United States Bankruptcy Judge.
                      Jean K. FitzSimon

cc: See attached service list

Joan States
2229 Gallows Hill Road
Kintnersville, PA 18930

Michael P. Kelly, Esq.
202 Penns Square (VIA ECF)
Langhorne, PA 19047

Robert H. Holber Esq.
41 East Front Street (VIA ECF)
Media, PA 19063

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532