United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                       Case No. 19-13472-jkf
Joan States                                                  Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: DonnaR          Page 1 of 1          Date Rcvd: Jul 31, 2019
                              Form ID: pdf900       Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2019.
```
db              Joan States,    1037 Durham Road,    Pineville, PA  18946
14339277       +Bayview Loan Servicing as servicer for,    THE BANK OF NEW YORK MELLON FKA,
                 Kevin G. McDonald, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14333936       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 01 2019 03:27:39
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
                                                                                               TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2019 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWMBS 2005-21) bkgroup@kmllawgroup.com
              MICHAEL P. KELLY    on behalf of Debtor Joan  States mpkpc@aol.com,    r47593@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWMBS 2005-21) bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    trustee@holber.com,    rholber@ecf.axosfs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 5
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joan States<br>                         Debtor(s) | CHAPTER 7 |
| Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon FKA The Bank of New York as Trustee For the Certificate holders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2005-21, Mortgage Pass-Through Certificates, Series 2005-21<br>                         Movant<br>vs.<br>Joan States<br>                         Debtor(s)<br>Robert H. Holber Esq.<br>                         Trustee | NO. 19-13472 JKF<br><br>11 U.S.C. Section 362 |

**ORDER**

AND NOW, this 31st day of July, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362, is modified with respect to the subject premises located at 2229 Gallows Hill Road, Kintnersville, PA 18930 ("Property), as to Movant, its successors or assignees.

                                                                                  United States Bankruptcy Judge.
cc: See attached service list                                                     Jean K. FitzSimon

Joan States
2229 Gallows Hill Road
Kintnersville, PA 18930

Michael P. Kelly, Esq.
202 Penns Square (VIA ECF)
Langhorne, PA 19047

Robert H. Holber Esq.
41 East Front Street (VIA ECF)
Media, PA 19063

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532