United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-13472-jkf
Joan States                                                               Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett          Page 1 of 1          Date Rcvd: Aug 06, 2019
                             Form ID: 139             Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2019.
db              Joan States,    1037 Durham Road,    Pineville, PA  18946
14339277       +Bayview Loan Servicing as servicer for,    THE BANK OF NEW YORK MELLON FKA,
                 Kevin G. McDonald, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QRHHOLBER.COM Aug 07 2019 07:13:00      ROBERT H. HOLBER,   Robert H. Holber PC,
                 41 East Front Street,    Media, PA 19063-2911
smg             E-mail/Text: megan.harper@phila.gov Aug 07 2019 03:27:02      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 07 2019 03:26:49
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 07 2019 03:27:02      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +EDI: RMSC.COM Aug 07 2019 07:13:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
14333935        EDI: BANKAMER.COM Aug 07 2019 07:13:00      Bank of America,   Attn: Bankruptcy,   Po Box 982238,
                 El Paso, TX 79998
14333936       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 07 2019 03:27:02
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,   4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
14333937       +EDI: CHASE.COM Aug 07 2019 07:13:00      Chase Card Services,   Attn: Bankruptcy,   Po Box 15298,
                 Wilmington, DE 19850-5298
14335291       +EDI: RMSC.COM Aug 07 2019 07:13:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
14333939       +EDI: RMSC.COM Aug 07 2019 07:13:00      Synchrony Bank/Gap,   Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
14333938        EDI: USBANKARS.COM Aug 07 2019 07:13:00      Elan Financial Service,   Attn: Bankruptcy,
                 4801 Frederica Street,    Owensboro, KY 42301
14333940       +EDI: WFFC.COM Aug 07 2019 07:13:00      Wells Fargo Bank NA,   Attn: Bankruptcy,
                 1 Home Campus Mac X2303-01a,    Des Moines, IA 50328-0001
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +ROBERT H. HOLBER,    Robert H. Holber PC,   41 East Front Street,    Media, PA 19063-2911
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWMBS 2005-21) bkgroup@kmllawgroup.com
              MICHAEL P. KELLY    on behalf of Debtor Joan  States mpkpc@aol.com,    r47593@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWMBS 2005-21) bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    trustee@holber.com,    rholber@ecf.axosfs.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.axosfs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Joan States
1037 Durham Road
Pineville, PA 18946

Debtor(s)

Case No: 19−13472−jkf

Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−7435

___

### *NOTICE OF NEED TO FILE PROOF OF CLAIM*
### *DUE TO RECOVERY OF ASSETS*

*NOTICE IS GIVEN THAT:*

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 11/8/19

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
*Any creditor who has filed a proof of claim already need not file another proof of claim.*

900 Market Street
Suite 400
Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 8/6/19

22
Form 139