IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Chapter 7 |
|---|---|
| JOAN STATES | No. 19-13472 |
| Debtor. | |

**ORDER AUTHORIZING ROBERT H. HOLBER, CHAPTER 7 TRUSTEE, TO EMPLOY LAW OFFICE OF ROBERT H. HOLBER, P.C. AS COUNSEL**

Upon the application (the "Application")[1] of Robert H. Holber, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Joan States, for an order authorizing him to employ Law Office of Robert H. Holber, P.C. ("RHH") as his counsel in the above-captioned Chapter 7 case; and the Court having reviewed the Application and the Affidavit of Robert H. Holber in Support of the Application (the "Affidavit"), a shareholder in the law firm of RHH, attached to the Application as Exhibit "A"; and the Court having determined that the legal and factual basis set forth in the Application and the Affidavit establish just cause for the relief granted herein.

THE COURT HEREBY FINDS THAT:

A.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

B.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C.  Notice of the Application was sufficient under the circumstances.

D.  The Application and the Affidavit are in full compliance with applicable provisions of Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of this Court (the "Local Rules").

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Application.

IT IS HEREBY ORDERED THAT:

The Application is GRANTED.

1. The Trustee is authorized to employ RHH as his counsel in the above-captioned Chapter 7 case in accordance with the Application and Affidavit, effective as of the date of the Application.

2. RHH is authorized to perform any and all legal services for the Trustee that are necessary or appropriate in connection with the above-captioned Chapter 7 case.

3. RHH shall be compensated for its services and reimbursed for any related expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other applicable orders of this Court.

Dated: August 16, 2019

Judge Jean K. FitzSimon

7270155 v1