United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                               Case No. 19-13472-jkf
Joan States                                                          Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 1              Date Rcvd: Aug 19, 2019
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2019.
db            Joan States,    1037 Durham Road,    Pineville, PA   18946

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2019 03:10:12      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2019 at the address(es) listed below:
        KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWMBS 2005-21) bkgroup@kmllawgroup.com
        MICHAEL P. KELLY    on behalf of Debtor Joan  States mpkpc@aol.com,   r47593@notify.bestcase.com
        REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWMBS 2005-21) bkgroup@kmllawgroup.com
        ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.axosfs.com
        ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com, rholber@ecf.axosfs.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>JOAN STATES<br><br>Debtor. | Chapter 7<br><br>No. 19-13472 |
|---|---|

### ORDER AUTHORIZING ROBERT H. HOLBER, CHAPTER 7 TRUSTEE, TO EMPLOY LAW OFFICE OF ROBERT H. HOLBER, P.C. AS COUNSEL

Upon the application (the "Application")[1] of Robert H. Holber, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Joan States, for an order authorizing him to employ Law Office of Robert H. Holber, P.C. ("RHH") as his counsel in the above-captioned Chapter 7 case; and the Court having reviewed the Application and the Affidavit of Robert H. Holber in Support of the Application (the "Affidavit"), a shareholder in the law firm of RHH, attached to the Application as Exhibit "A"; and the Court having determined that the legal and factual basis set forth in the Application and the Affidavit establish just cause for the relief granted herein.

THE COURT HEREBY FINDS THAT:

A.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

B.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C.  Notice of the Application was sufficient under the circumstances.

D.  The Application and the Affidavit are in full compliance with applicable provisions of Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of this Court (the "Local Rules").

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Application.

7270155 v1

IT IS HEREBY ORDERED THAT:

The Application is GRANTED.

1. The Trustee is authorized to employ RHH as his counsel in the above-captioned Chapter 7 case in accordance with the Application and Affidavit, effective as of the date of the Application.

2. RHH is authorized to perform any and all legal services for the Trustee that are necessary or appropriate in connection with the above-captioned Chapter 7 case.

3. RHH shall be compensated for its services and reimbursed for any related expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other applicable orders of this Court.

Dated: August 16, 2019

Judge Jean K. FitzSimon

7270155 v1