IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| JOAN STATES | : | |
| | : | |
| Debtor | : | No.19-13472 |

ORDER GRANTING APPLICATION OF ROBERT H. HOLBER, CHAPTER 7 TRUSTEE TO EMPLOY STAR REAL ESTATE GROUP AS REAL ESTATE BROKER PURSUANT TO SECTION 327 OF THE BANKRUPTCY CODE

AND NOW, upon consideration of the Application of Robert H. Holber, Chapter 7 Trustee, to Employ Star Real Estate Group as Real Estate Broker Pursuant to Section 327 of the Bankruptcy Code (the "Application"), and after consideration of any objections or responses to the Application; and after due deliberation and it appearing that the relief sought in the Application is in the best interests of the bankruptcy estate; it is hereby:

ORDERED, that the Application is Granted; and it is

ORDERED, that the Trustee is hereby authorized to employ the Broker in accordance with the Application and the Listing Contracts; and it is

ORDERED, that the Trustee is authorized to execute the Listing Contract; and it is

ORDERED, that the Trustee is authorized to list the Property as set forth in the Listing Contract; and it is

ORDERED, that the Trustee is authorized to compensate the Broker in accordance with the Listing Contract without further order of this Court at the rate of 6% commission.

ORDERED, that any proposed sale of the Property is subject to notice and hearing and future Order of this Court.

Dated: August 22, 2019

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge