United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-13472-jkf
Joan States                                                               Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: DonnaR          Page 1 of 1           Date Rcvd: Aug 22, 2019
                          Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.
db          Joan States,    1037 Durham Road,    Pineville, PA  18946

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
r               Star Real Estate Group, Inc.
      TOTALS: 1, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2019 at the address(es) listed below:
      KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWMBS 2005-21) bkgroup@kmllawgroup.com
      MICHAEL P. KELLY    on behalf of Debtor Joan  States mpkpc@aol.com, r47593@notify.bestcase.com
      REBECCA ANN SOLARZ     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWMBS 2005-21) bkgroup@kmllawgroup.com
      ROBERT H. HOLBER    trustee@holber.com,  rholber@ecf.axosfs.com
      ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com, rholber@ecf.axosfs.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| JOAN STATES | : | |
| | : | |
| Debtor | : | No. 19-13472 |

### ORDER GRANTING APPLICATION OF ROBERT H. HOLBER, CHAPTER 7 TRUSTEE TO EMPLOY STAR REAL ESTATE GROUP AS REAL ESTATE BROKER PURSUANT TO SECTION 327 OF THE BANKRUPTCY CODE

AND NOW, upon consideration of the Application of Robert H. Holber, Chapter 7 Trustee, to Employ Star Real Estate Group as Real Estate Broker Pursuant to Section 327 of the Bankruptcy Code (the "Application"), and after consideration of any objections or responses to the Application; and after due deliberation and it appearing that the relief sought in the Application is in the best interests of the bankruptcy estate; it is hereby:

ORDERED, that the Application is Granted; and it is

ORDERED, that the Trustee is hereby authorized to employ the Broker in accordance with the Application and the Listing Contracts; and it is

ORDERED, that the Trustee is authorized to execute the Listing Contract; and it is

ORDERED, that the Trustee is authorized to list the Property as set forth in the Listing Contract; and it is

ORDERED, that the Trustee is authorized to compensate the Broker in accordance with the Listing Contract without further order of this Court; ~~and it is~~ at the rate of 6% commission.

ORDERED, that any proposed sale of the Property is subject to notice and hearing and future Order of this Court.

Dated: August 22, 2019

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge