**UNITED STATES BANKRUPTCY COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

RE:  : BKY. NO. 19-13472
JOAN STATES  :
  : CHAPTER 7

### CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, hereby certify that I served a copy of the Amended Schedule C upon all priority creditors, all secured creditors, the Chapter 7 Trustee, the United States Trustee and on all other creditors and parties of interest on the 5th day of September, 2019, by electronic mail and/or first class mail, postage prepaid.

September 5, 2019    /s/ Michael P. Kelly
  Michael P. Kelly, Esquire
  Attorney for Debtor(s)
  Suite 202 - Penn's Square
  402 Middletown Blvd.
  Langhorne, PA    19047
  (215) 741-1100
  fax (215) 741-4029
  Email:  mpk@cowanandkelly.com