IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Joan States<br><br>Debtor. | Chapter 7<br><br>No. 19-13472 |

## CERTIFICATION OF NO ANSWER OR OBJECTION

I, Robert H. Holber, Esquire, proposed counsel for Chapter 7 Trustee, hereby certifies that:

1. The Notice of Chapter 7 Trustee's Motion to Abandon Real Estate was served, on August 7, 2019, upon the Office of the U.S. Trustee, Debtor's Counsel, Michael P. Kelly, Esquire, and all creditors listed on Debtor's Matrix; and

2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

Dated: 9/16/19

Robert H. Holber, Esquire
Proposed counsel for
Chapter 7 Trustee
41 East Front Street
Media, PA   19063
(610) 565-5463