IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JOAN STATES : CHAPTER 7
:
       Debtor : Bank. No. 19-13472

### ORDER

AND NOW, this 19th day of September, 2019, upon consideration of the Chapter 7 Trustee's Motion to Abandon Real Estate, it is

ORDERED that the following real estate located in Kintnersville, Pennsylvania, being property of the Debtor's estate, is hereby abandoned by Robert H. Holber, Chapter 7 Trustee, pursuant to 11 U.S.C. §554(a):

                2229 Gallows Hill Road
                Kintnersville, PA 18930

_____
Judge Jean K. FitzSimon    xx