# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

RE:  : BKY. NO. 19-13472
JOAN STATES  :
 : CHAPTER 7

## ORDER

NOW, this __28th__ day of __September__, 2019, IT IS HEREBY ORDERED AND DECREED that the Stipulation of the parties is approved. The stipulation is doc. no. 41.

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge