United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-13472-jkf
Joan States                                                                     Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Sep 30, 2019
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2019.
db         Joan States,   1037 Durham Road,   Pineville, PA  18946

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2019 at the address(es) listed below:
      KEVIN G. MCDONALD   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWMBS 2005-21) bkgroup@kmllawgroup.com
      MICHAEL P. KELLY   on behalf of Debtor Joan  States mpkpc@aol.com,  r47593@notify.bestcase.com
      REBECCA ANN SOLARZ   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWMBS 2005-21) bkgroup@kmllawgroup.com
      ROBERT H. HOLBER    trustee@holber.com,  rholber@ecf.axosfs.com
      ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com, rholber@ecf.axosfs.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      TOTAL: 6

# UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

RE:  : BKY. NO. 19-13472
JOAN STATES  :
 : CHAPTER 7

## ORDER

NOW, this __28th__ day of __September__, 2019, IT IS HEREBY ORDERED AND DECREED that the Stipulation of the parties is approved. The stipulation is doc. no. 41.

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge