IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : Bankruptcy No. 19-13472

ZULFIQAAR MEMON

Debtor : Chapter 7

### STIPULATION TO EXTEND TIME FOR TRUSTEE TO OBJECT TO EXEMPTIONS

Debtor, by and through his counsel, David M. Offen, Esquire and the Chapter 7 Trustee, Robert H. Holber, Esquire agree that the time for which the Trustee has to Object to Debtor's Exemptions is extended to December 11, 2019.

_____
David M. Offen, Esquire
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
(215) 625-9600
Email: dmo160west@gmail.com

_____
Robert H. Holber, Esquire
Chapter 7 Trustee
41 East Front Street
Media, Pa 19063
(610) 565-5463
Email: rholber@holber.com