IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Joan States                          :
                                                : CHAPTER 7
                                                :
                                                :
                    Debtor                      : Bankruptcy No.19-13472

## PRAECIPE TO WITHDRAW STIPULATION TO EXTEND TIME FOR TRUSTEE TO OBJECT TO EXEMPTIONS

TO THE CLERK OF COURTS:

Please withdraw Stipulation to Extend Time for Trustee to Object to Exemptions, docket entries # 46 and 47 previously filed on October 8, 2019, regarding the above captioned debtor.

     /s/ Robert H. Holber
ROBERT H. HOLBER, ESQUIRE
Chapter 7 Trustee