IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Joan States<br><br>Debtor. | Chapter 7<br><br>No. 19-13472 |

### CERTIFICATION OF NO ANSWER OR OBJECTION

I, Robert H. Holber, Esquire, counsel for Chapter 7 Trustee, hereby certifies that:

1. The Notice of Chapter 7 Trustee's Motion of Chapter 7 Trustee for an Order Approving Sale of Real Property Free and Clear of Liens Claims and Encumbrances And To Pay Real Estate Broke was served, on July 6, 2020, upon the Office of the U.S. Trustee, Debtor's Counsel, Michael P. Kelly, Esquire, and all creditors listed on Debtor's Matrix, and all parties who filed Proof of Claims;

2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

Dated: 08/04/20

Robert H. Holber, Esquire
Counsel for Chapter 7 Trustee
41 East Front Street
Media, PA   19063
(610) 565-5463