UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 19-13472 |
| JOAN STATES | : | |
| Debtor | : | Chapter 7 |

ORDER APPROVING INTERIM APPLICATION OF ROBERT H. HOLBER, ESQUIRE
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Interim Application of Robert H. Holber, Esquire, of Law Offices of Robert H. Holber, P.C. for Compensation and Reimbursement of Expenses as Counsel to Robert H. Holber, Trustee, and after a review thereof and consideration of any objection thereto, it is Ordered:

The Application is granted. Compensation in the amount of $1,306.25 and expense reimbursement in the amount of $362.00 for a combined total of $1,668.25. The Trustee is authorized and directed to pay the approved compensation and expense reimbursement.

BY THE COURT:

_____
Eric L. Frank, Bankruptcy Judge