IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                :    CHAPTER 7
                                      :
JOAN STATES                           :
              Debtor                  :    BANK. NO. 19-13472 ELF

### CERTIFICATION OF NO ANSWER OR OBJECTION

I, Robert H. Holber, Esquire, Chapter 7 Trustee, hereby certify that:

1. An Interim Application for Compensation and Reimbursement of Expenses by Robert H. Holber, Esquire, for the period August 7, 2019 through August 31, 2020 was filed on September 1, 2020 and a copy of the Notice was served upon the U.S. Trustees Office, Debtor's Counsel, Michael P. Kelly, Esquire, all creditor's listed on Debtor's Matrix, and all creditor's who filed a Proof of Claim.

2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

Dated: 09/22/20

Robert H. Holber, Esquire
Chapter 7 Trustee
41 East Front Street
Media, PA    19063
(610) 565-5463