```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                       Case No. 19-13472-elf
Joan States                                                  Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: DonnaR              Page 1 of 1         Date Rcvd: Sep 24, 2020
                             Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2020.
db            Joan States,    1037 Durham Road,    Pineville, PA   18946

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2020 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWMBS 2005-21) bkgroup@kmllawgroup.com
              MICHAEL P. KELLY    on behalf of Debtor Joan  States mpkpc@aol.com,  r47593@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWMBS 2005-21) bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    on behalf of Attorney ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.axosfs.com
              ROBERT H. HOLBER     trustee@holber.com,   rholber@ecf.axosfs.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.axosfs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                             :         Bankruptcy No. 19-13472
                                   :
JOAN STATES                        :
                                   :
        Debtor                     :         Chapter 7

ORDER APPROVING INTERIM APPLICATION OF ROBERT H. HOLBER, ESQUIRE
        FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Interim Application of Robert H. Holber, Esquire, of Law Offices of Robert H. Holber, P.C. for Compensation and Reimbursement of Expenses as Counsel to Robert H. Holber, Trustee, and after a review thereof and consideration of any objection thereto, it is Ordered:

The Application is granted. Compensation in the amount of [is ALLOWED] $ 1,693.50 and expense reimbursement [is ALLOWED] in the amount of $ 362.00 ~~for a combined total of $ _____ .~~ The Trustee is authorized ~~and directed~~ to pay the approved compensation and expense reimbursement.

Date: 9/24/20

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE