United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13472-elf |
| Joan States | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: DonnaR | Page 1 of 2 |
| Date Rcvd: Sep 28, 2020 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Joan States, 1037 Durham Road, Pineville, PA 18946 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2020               Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWMBS 2005-21) bkgroup@kmllawgroup.com |
| MICHAEL P. KELLY | on behalf of Debtor Joan States mpkpc@aol.com  r47593@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWMBS 2005-21) bkgroup@kmllawgroup.com |
| ROBERT H. HOLBER | on behalf of Attorney ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2　　　　　　　　　　　　　User: DonnaR　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Sep 28, 2020　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　Total Noticed: 1
TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :    Bankruptcy No. 19-13472
                                          :
JOAN STATES                               :
                                          :
        Debtor                            :    Chapter 7

# AMENDED

### ORDER APPROVING INTERIM APPLICATION OF ROBERT H. HOLBER, ESQUIRE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Interim Application of Robert H. Holber, Esquire, of Law Offices of Robert H. Holber, P.C. for Compensation and Reimbursement of Expenses as Counsel to Robert H. Holber, Trustee, and after a review thereof and consideration of any objection thereto, it is Ordered:

The Application is granted. Compensation in the amount of $1,306.25 and expense reimbursement in the amount of $362.00 for a combined total of $1,668.25. The Trustee is authorized and directed to pay the approved compensation and expense reimbursement. This Order SUPERSEDES the prior Order entered at Doc. # 61.

Date: September 28, 2020

_____
Eric L. Frank, Bankruptcy Judge