## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                         :Chapter 7
    JOAN STATES                              :
                                             :
                                             :
    Debtor                                   :BANKRUPTCY NO. 19- 13472 ELF

## ORDER APPROVING TRUSTEE'S FINAL REPORT

AND NOW, this  7th  day of  January  2021 , upon consideration of Trustee's Final Report (the "Final Report"), and after notice and hearing,

IT IS HEREBY ORDERED that the Final Report is APPROVED.

*[signature]*

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**