UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania

| | | |
|---|---|---|
| IN RE:<br>STATES, JOAN | : <br> : <br> : | CHAPTER 7 <br><br> Bankruptcy No. 19-13472-ELF |
| DEBTOR | : | |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this 7th day of January, 2021, upon consideration of the foregoing application for compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $3,174.05 is reasonable compensation for the services rendered in this case by Robert H. Holber, Esquire, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code; that $79.85 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**