United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Joan States  
    Debtor(s)

Case No. 19-13472-elf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jan 07, 2021      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Joan States, 1037 Durham Road, Pineville, PA 18946 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWMBS 2005-21) bkgroup@kmllawgroup.com |
| MICHAEL P. KELLY | on behalf of Debtor Joan States mpkpc@aol.com r47593@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWMBS 2005-21) bkgroup@kmllawgroup.com |
| ROBERT H. HOLBER | on behalf of Attorney ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Jan 07, 2021 Form ID: pdf900 Total Noticed: 1
TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re: :Chapter 7
    JOAN STATES :
    Debtor :BANKRUPTCY NO. 19- 13472 ELF

**ORDER APPROVING TRUSTEE'S FINAL REPORT**

AND NOW, this  7th  day of  January  2021 , upon consideration of Trustee's Final Report (the "Final Report"), and after notice and hearing,

IT IS HEREBY ORDERED that the Final Report is APPROVED.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**