**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                        :        Chapter 7

     JOAN STATES                          :

                               :

         Debtor                            :        Bankruptcy No. 19-13472 ELF


**ORDER OF DISTRIBUTION**


**AND NOW,** this  12th   day of   January                2021 , the Trustee

Robert H. Holber, is hereby ordered and directed to (i) distribute to the parties in

interest listed in the Trustee's Proposed Distribution, estate monies in the amount indicated in

such Distribution, within (10) days after the appeal period for this order expires, and (ii) transmit

to the United States Trustee, within one hundred and twenty five (125) days after the appeal

period for this order expires, statements for all estate deposit or investment accounts indicating

zero balances and all cancelled checks corresponding to disbursements of estate funds as shown

in the Trustee's Final Report.

 

_____
Eric L. Frank
United States Bankruptcy Judge