UNITED STATES BANKRUPTCY COURT

Eastern District Of Pennsylvania

| | |
|---|---|
| IN RE: | CASE NO: 1913472 |
| JOAN STATES | CHAPTER  7 |
| Debtor (s) | |

**NOTICE OF CLAIM SATISFACTION**

As to Claim 3 filed on 10/16/2019, Wells Fargo Bank, N.A. ("Wells Fargo") files this notice that its claim has been satisfied and the Debtor(s) have no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 7 Trustee.

/s/ Alex  Carmichael
Alex  Carmichael
Bankruptcy Specialist
Wells Fargo Bank, N.A.
PO Box 10438
Des Moines, IA 50306-0438
1-800-847-8899

BKNOCS (08/2018)