**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                                                :Chapter 7
    JOAN STATES                                    :
                                                    :
                                                    :
    Debtor                                          :BANKRUPTCY NO. 19-13472 -ELF

## ORDER APPROVING TRUSTEE'S FINAL ACCOUNT, DISCHARGING TRUSTEE, AND CLOSING ESTATE

AND NOW, this 23rd day of April 2021, upon consideration of the Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is hereby **ORDERED** that the Trustee's Final Account is **APPROVED** and the Trustee is hereby **DISCHARGED** from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER **ORDERED** that this case is hereby **CLOSED**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**