United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                     Case No. 19-13472-elf

Joan States                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 2

Date Rcvd: Apr 23, 2021                   Form ID: pdf900                        Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Joan States, 1037 Durham Road, Pineville, PA 18946 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2021                          Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWMBS 2005-21) bkgroup@kmllawgroup.com |
| MICHAEL P. KELLY | on behalf of Debtor Joan States mpkpc@aol.com  r47593@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWMBS 2005-21) bkgroup@kmllawgroup.com |
| ROBERT H. HOLBER | on behalf of Attorney ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                    User: admin                    Page 2 of 2
Date Rcvd: Apr 23, 2021                 Form ID: pdf900                 Total Noticed: 1
TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          :Chapter 7
    JOAN STATES                        :
                                       :
                                       :
          Debtor                        :BANKRUPTCY NO. 19-13472 -ELF

## ORDER APPROVING TRUSTEE'S FINAL ACCOUNT,
## DISCHARGING TRUSTEE, AND CLOSING ESTATE

AND NOW, this 23rd day of    April                2021 , upon consideration of

the Trustee's Final Account, it appearing that the Trustee has made payments to all creditors

in accordance with Trustee's Final Report and it further appearing that the Trustee is no

longer holding any funds in trust in this proceeding, it is hereby **ORDERED** that the Trustee's

Final Account is **APPROVED** and the Trustee is hereby **DISCHARGED** from his trust, duties

and responsibilities as Trustee in this case.


IT IS FURTHER **ORDERED** that this case is hereby **CLOSED**


**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**